## Case No. 17,813.

### WILSON v. JOHNSTON.

[1 Cranch, C. C. 198.] [1]

Circuit Court, District of Columbia. Nov. Term, 1804.

REPLEVIN—WHEN TRIABLE.

Actions of replevin, in Alexandria, may, on motion, be tried at the first term.

Replevin, of goods distrained for rent.

Motion by Mr. Taylor, to set the cause forward on the docket, under the Act of Assembly, so as to be tried this term. New Rev. Code, p. 155, § 18.

E. J. Lee, for plaintiff in replevin.

Granted.